UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE NELSON, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>SEE-GRINS, INC.,<br><br>   Defendant. | Case No.20-cv-01969-NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 15 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination, IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. The Clerk of the Court is directed to administratively close this case. Any party may move to reopen the case, provided that such motion is filed by April 15, 2021. All scheduled dates are VACATED.

The Court retains jurisdiction over this case until April 15, 2021. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

**IT IS SO ORDERED.**

Dated: January 6, 2021

                _____
                NATHANAEL M. COUSINS
                United States Magistrate Judge